**GOLDTOUCH TECHNOLOGIES, INC. and Midas Mouse International PTY, Limited, Plaintiffs–Appellants,**

v.

**MICROSOFT CORPORATION, Defendant–Appellee.**

No. 00–1430.

United States Court of Appeals, Federal Circuit.

April 16, 2001.

Before PAULINE NEWMAN, LOURIE, and SCHALL, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36.